UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HASHIM ALI,<br><br>Petitioner,<br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | CASE NO. 2:26-cv-03867-GJL<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This immigration habeas action was filed pursuant to 28 U.S.C. § 2241.[1] In his federal habeas Petition, Petitioner Hashim Ali argues his removal is not likely to occur in the reasonably foreseeable future and he is thus entitled to immediate release under *Zadvydas v. Davis*, 533 U.S. 678 (2001). Dkt. 1. On October 16, 2026, Respondents filed a Notice of Imminent Removal, providing the Court with seventy-two (72) hours' notice of U.S. Immigration and Customs Enforcement's ("ICE") intent to transfer and/or remove Petitioner from the United States in "11/2026." Dkt. 6, 6-1. On November 2, 2026, Respondents filed a Notice of Removal, informing the Court that Petitioner was removed from the United States via a commercial flight

[1] The parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 4.

on October 30, 2026. Dkt. 10. In a subsequent Stipulated Motion to Dismiss, the parties represent that Petitioner has been removed from the United States and agree that this matter is now moot and that this case should be dismissed. Dkt. 11.

Under Article III of the United States Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). “For a habeas petition to continue to present a live controversy after the petitioner’s release or deportation . . . there must be some remaining ‘collateral consequence’ that may be redressed by success on the petition.” *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner sought only his release from immigration detention and is no longer so detained, there is no live controversy remaining for the Court’s consideration. *See* Dkt. 1.

Accordingly, the Stipulated Motion to Dismiss (Dkt. 11) is **GRANTED**. The Petition for writ of habeas corpus (Dkt. 1) is **DENIED as moot**, and this action is **DISMISSED with prejudice** as to all claims, causes of action, and parties, with each party bearing that party’s own attorney’s fees and costs.

Dated this 3rd day of November, 2026.



Grady J. Leupold
United States Magistrate Judge